# United States Court of Appeals
## For the Eighth Circuit

_____

No. 13-2436

_____

Mei Di Cao

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: April 2, 2014
Filed: April 7, 2014
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Chinese citizen Mei Di Cao petitions for review of an order of the Board of Immigration Appeals denying his motion to reopen removal proceedings. After careful review, we conclude that the Board did not abuse its discretion in denying the motion. See Averianova v. Holder, 592 F.3d 931, 936-37 (8th Cir. 2010) (standard of review). Accordingly, the petition for review is denied. See 8th Cir. R. 47B.

_____